# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0003
Lower Tribunal No. 2017-CF-004538

_____

MOHAMMAD M. CHATILA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Sharon M. Franklin, Judge.

May 5, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, GANNAM and PRATT, JJ., concur.


Mohammad M. Chatila, Orlando, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED